UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROCKEFELLER PHOTOS, LLC

Plaintiff,

v.

BEST DEAL FOOD COMPANY, INC.

Defendant.

Case No. 1:25-cv-00868-JLT-EPG

ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 23).

On November 23, 2026, the parties filed a joint stipulation dismissing this action with prejudice as to all claims, with each party to bear their own attorney fees and costs. (ECF No. 23).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE